IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CEDRIC SEARIGHT,** | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )    **CIVIL ACTION 1:20-00171-KD-N** |
| | ) |
| **TIFFANY MCCORD,** *et al.,* | ) |
|     **Defendants.** | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 10) made under 28 U.S.C. § 636(b)(1)(B) and dated August 18, 2020, is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as no other lesser sanction will suffice.[1]

**DONE** and **ORDERED** this the **11th** day of **September 2020.**

                                             /s/ Kristi K. DuBose
                                             **KRISTI K. DuBOSE**
                                             **CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The reference to "Anthony Parker" as Plaintiff in the Report & Recommendation is simply a typographical error.